UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JEREMY REIS

JUDGMENT IN A CRIMINAL CASE

Case Number:  7:06-CR-469 (GHL)

Seth Buchman, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to the amended count as stated on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**  Disorderly Conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 240.20 of the NY Penal Law.

**DATE OFFENSE CONCLUDED:  SEPTEMBER 7, 2006**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $200.00 and a $5.00 special assessment.  The total of the fine and special assessment amount to $205.00, payable on or before MAY 15, 2007.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count(s) 1**  of the original Information is dismissed on motion of the United States.

    April 11, 2007
Date of Imposition of Sentence

    May 7, 2007
DATE SIGNED

George H. Lowe
United States Magistrate Judge